# Exhibit 2

Method Claim: 21

Expired Date: 2024-01-30

| US10140514 | Cross Keys Bank Mobile Banking App ("The accused instrumentality") |
|---|---|
| 21. A method performed by at least an application of a mobile device having one or more processors, the method comprising: | The accused instrumentality discloses a method performed by at least an application (e.g., the Cross Keys Bank Mobile Banking Application) of a mobile device (e.g., a smartphone or tablet) having one or more processors (e.g., the processor within a smartphone or tablet).<br><br>As shown below, Cross Keys Bank offers a mobile banking app with a 'Mobile Deposit' feature, enabling users to conveniently deposit checks using their mobile devices. These devices have a processor that executes the accused instrumentality.<br><br><br><br>http://web.archive.org/web/20230330043853/https://www.crosskeys.bank/what-we-do-for-individuals/mobile-deposit |



http://web.archive.org/web/20230330043853/https://www.crosskeys.bank/what-we-do-for-individuals/mobile-deposit

https://play.google.com/store/apps/details?id=com.apiture.xpressmobile.ckbsjla.sub

# The Processor

The processor is the central hub of your smartphone. It receives and executes every command, performing billions of calculations per second. The effectiveness of the processor directly affects every application you run, whether it's the camera, the music player, or just a simple email program. Pick the wrong one and you could experience sluggish, stuttering apps and limited network performance, regardless of carrier, manufacturer, or operating system.

|  | https://www.qualcomm.com/news/onq/2013/06/mobile-processors-101-why-smartphones-are-smarter-all-one-processor |
|---|---|
| acquiring an image using an interface to one or more cameras of the mobile device; | The accused instrumentality discloses acquiring an image (e.g., front-side image of the check) using an interface (e.g., the image capturing interface of the Cross Keys Bank Mobile Banking Application) to one or more cameras of the mobile device (e.g., camera of the smartphone or tablet). |

As shown below, the Cross Keys Bank Mobile Banking app features a 'Mobile Deposit' option that utilizes the phone's camera, allowing users to capture images of the front and back of a check for deposit via their smartphones. |



https://play.google.com/store/apps/details?id=com.apiture.xpressmobile.ckbsjla.sub



https://play.google.com/store/apps/details?id=com.apiture.xpressmobile.ckbsjla.sub



http://web.archive.org/web/20230330043853/https://www.crosskeys.bank/what-we-do-for-individuals/mobile-deposit

| | |
|---|---|
| constructing an image entity using the acquired image, one or more other images, and an image profile of the acquired image;<br><br>**Col 4: line 64 – Col 5: line 4**<br><br>*The image further being described as a virtual image entity by software means wherein <u>the image entity comprises of an image profile that associates the image with collateral information</u> such as audio, voice, <u>text</u>, speech, location, time data, handwriting, encryption/decryption, compression/decompressi* | The accused instrumentality discloses constructing an image entity (e.g., mobile deposit) using the acquired image (e.g., front-side image of the check), one or more other images (e.g., back-side image of the check), and an image profile (e.g., information linked to checks, such as deposit amount and associated depositing bank account) of the acquired image (e.g., front-side image of the check).<br><br>As shown below, the Cross Keys Bank Mobile Banking app features a 'Mobile Deposit' option that utilizes the phone's camera to capture the front and back images of the check. The user reviews the deposit amount, account details, and check images before submission. |

| | |
|---|---|
| *on, description, behavior, function and relationships to other images/objects to form an image profile.* <br><br> **Col 6: lines 35-40** <br><br> *The image 130 and video 131 can be expressed as purely digital data and <u>all of the other information associated with the image profile 121 may also be represented as purely digital data.</u> The digital rendering of the composite data creates a purely digital image entity 120 comprising of an image and an image profile.* |  <br> https://play.google.com/store/apps/details?id=com.apiture.xpressmobile.ckbsjla.sub |



http://web.archive.org/web/20230330043853/https://www.crosskeys.bank/what-we-do-for-individuals/mobile-deposit

http://web.archive.org/web/20230330043853/https://www.crosskeys.bank/what-we-do-for-individuals/mobile-deposit

| | |
|---|---|
| transmitting the image entity to one or more servers to update and/or refresh display of the | The accused instrumentality discloses transmitting the image entity (e.g., mobile deposit) to one or more servers (e.g., Cross Keys Bank servers) to update and/or refresh display of the constructed image entity (e.g., mobile deposit), wherein the constructed image entity (e.g., mobile deposit) is accessible to one |

| | |
|---|---|
| constructed image entity, wherein the constructed image entity is accessible to one or more recognized users of a virtual network via one or more client devices through applications in communication with the one or more servers. | or more recognized users (e.g., joint account holders) of a virtual network (e.g., Cross Keys Bank network) via one or more client devices (e.g., a smartphone or tablet) through applications (e.g., the Cross Keys Bank Mobile Banking Application) in communication with the one or more servers (e.g., Cross Keys Bank servers).<br><br>As shown below, the accused instrumentality allows users to deposit checks online. An online check deposit works by submitting check images and relevant information such as account and amount during the process. The images and information submitted during the process are stored on the servers associated with the accused instrumentality. Joint account users can access all account statements and check deposit status. |



https://play.google.com/store/apps/details?id=com.apiture.xpressmobile.ckbsjla.sub



http://web.archive.org/web/20230330043853/https://www.crosskeys.bank/what-we-do-for-individuals/mobile-deposit

http://web.archive.org/web/20230330043853/https://www.crosskeys.bank/what-we-do-for-individuals/mobile-deposit

6. **How We May Collect Personal Information About You.** We may collect Personal Information about you from the following sources:

   a. Enrollment applications, survey responses, and other electronic or paper forms that you fill out in connection with the Services;

   b. Your use of the Site and Services (such as when you send a payment or initiate a payment instruction), and your interactions with customer care, including information you enter or speak, and information transmitted by your computer, mobile phones and other devices you use to connect to the Site or Services; and

   c. We also collect Personal Information about you from others, as permitted by law, such as individuals, financial institutions using the Services, credit bureaus, Affiliates or other companies (such as identity verification services and consumer reporting agencies, and companies (such as your billers) that provide content (such as electronic bills) to the Services).

https://www.crosskeys.bank/assets/files/clilmDcj

With Cross Keys Bank Mobile Apps, you can complete a full range of banking transactions all from the convenience of your mobile phone. Simply download the mobile app and log in with your Cross Keys Bank Online Banking User ID and password.

**The CKB Mobile App Allows You To:**

- Check balances
- Check transaction history
- Check account details
- Make loan payments
- Pay a bill
- Push Notifications
- Transfer money
- Check payment history
- Mobile check deposit*
- Find Branch and ATM details

https://www.crosskeys.bank/what-we-do-for-individuals/mobile-banking



**Mobile Banking FAQs**

**Q: How do I enroll for Mobile Banking?**
A: You must download the app from the app store and follow the online instructions for your specific device.

**Q: What is the fee for Mobile Banking?**
A: CKB Mobile Banking is a complimentary service that we provide to Cross Keys Bank customers. *However, there may be charges associated with text messaging and data usage on your phone. Check with your wireless phone carrier for more information.*

**Q: What accounts can I access with Cross Keys Mobile Banking service?**
A: Cross Keys Mobile Banking allows you to access any of your accounts available for access within Online Banking.

https://www.crosskeys.bank/what-we-do-for-individuals/mobile-banking

A joint account holder shares the account with the primary account holder. Joint account holders have the same rights and access to an account as the primary account holder. A joint account holder can designate beneficiaries to the account and withdraw funds from the account without authorization from the primary account holder.

https://www.unfcu.org/financial-wellness/joint-account-holders-vs-beneficiaries/

LOAN APPLICATION CERTIFICATION: Everything that I/we have stated in this application is correct to the best of my/our knowledge. I/We understand that you will retain this application whether or not it is approved. By signing below as a borrower or guarantor, I agree on my own behalf, and by signing below on behalf of the business I agree on behalf of the business and on behalf of myself, that you are authorized to obtain credit and employment information by any means, including obtaining information from check or credit-reporting agencies and/or from other sources. This application is submitted to obtain credit. You also may obtain consumer and commercial reports (credit reports) for any reason on me and/or the business from time to time in the future when updating, renewing, or extending the account. If I am signing on my own behalf, I understand that on my request you will tell me whether or not you requested a credit report on me and the names and addresses of any credit bureau that provided such reports. You may do so at the time the account is opened, at any time while the account is open, or after the account is closed if I or the business owe you any amount related to the account. In addition, you may release negative or positive information to others about my and/or the business's credit history with you. I/We agree this application will remain your property whether this application is approved or not.
STATE LAW DISCLOSURES: CA Residents: Regardless of your marital status, you may apply for credit in your name alone. If this is a joint account, after credit approval, each applicant has the right to use this account to the extent of any credit limit set by the creditor, and each applicant may be liable for all amounts of credit extended under this account to any joint applicant. DE and MD Residents: Service charges not in excess of those permitted by law will be charged on the outstanding balances from month to month. NY Residents: Consumer reports may be requested in connection with the processing of your application and any resulting account. Upon request, we will inform you of the names and addresses of any consumer reporting agencies which have provided us with such reports. New York residents may contact the New York State Department of Financial Services to obtain a comparative listing of credit card rates, fees, and grace periods. New York State Department of Financial Services, 1-800-342-3736. OH Residents: The Ohio laws against discrimination require that all creditors make credit equally available to all creditworthy customers, and that credit reporting agencies maintain separate credit histories on each individual upon request. The Ohio civil rights commission administers compliance with this law. Married WI Residents: No provision of a marital property agreement, a unilateral statement under section 766.59, or a court decree under section 766.70 adversely affects the interest of the creditor unless the creditor, prior to the time the credit is granted, is furnished a copy of the agreement, statement, or decree or has actual knowledge of the adverse provision when the obligation to the creditor is incurred.

https://www.crosskeys.bank/assets/files/Kn9puXi5/r/3172+MC+04+2023+BUS.pdf